COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kenneth L. Brown v. The State of Texas

Appellate case number:   01-15-00357-CR

Trial court case number: 1389982

Trial court:             177th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting (1) access to a copy of the appellate record for use in preparing a response to appointed counsel's brief and (2) a 30-day extension of time to file his pro se response to counsel's Anders brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Appellant's request for a copy of the record is **denied** because appellant's appointed counsel certified in his motion to withdraw that a copy of the record has already been provided to appellant. If appellant informs this Court that a copy of the record was not received, then this Court may reconsider its denial. Appellant's request for a 30-day extension of time from the date of this order to file his pro response to counsel's Anders brief is **granted**.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                   X  Acting individually    ☐ Acting for the Court


Date:  December 3, 2015